IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| STEPHEN KAMINSKI, | ) NO.: 21-02273 |
| | ) |
| Debtor. | ) CHAPTER 7 |
| | ) |
| | ) JUDGE: LASHONDA A. HUNT |
| | ) (Joliet) |

## NOTICE OF MOTION

TO:  See attached list

PLEASE TAKE NOTICE THAT that on April 2, 2021, at 9:15 a.m., I will appear telephonically before the Honorable LaShonda A. Hunt, or any judge sitting in her place, and present the motion of Lakeview Loan Servicing, LLC. for Relief from Automatic Stay, a copy of which is attached.

**This motion will be presented and heard telephonically using AT&T Teleconference.  No personal appearance in court is necessary or permitted.  To appear and be heard telephonically on this motion, you must call in to the hearing using the following information- Toll Free Number: 1-888-557-8511; Access Code: 7490911**

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I, the undersigned Attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on March 25, 2021, at 5:00p.m.

McCalla Raymer Leibert Pierce, LLC
*/s/Toni  Townsend*
Toni  Townsend
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

## SERVICE LIST

To Trustee:                                        *by Electronic Notice through ECF*
Peter N Metrou
Metrou & Associates PC
123 W Washington St Suite 216
Oswego, IL 60543


To U.S. Trustee:                                   *by Electronic Notice through ECF*
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604


To Debtor:                                         *Served via U.S. Mail*
Stephen Kaminski
3824 Squires Mill Rd.
Joliet, IL 60431


To Attorney:                                       *by Electronic Notice through ECF*
David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090


McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| STEPHEN KAMINSKI, | ) | NO.: 21-02273 |
| | ) | |
| Debtor. | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE: LASHONDA A. HUNT |
| | ) | (Joliet) |

## MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES Lakeview Loan Servicing, LLC. by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay heretofore entered on the property located at 3824 Squires Mill Rd, Joliet, Illinois 60431 be Modified stating as follows:

1.    On February 22, 2021, the above captioned Chapter 7 was filed.

2.    Lakeview Loan Servicing, LLC. services the first mortgage lien on the property located at 3824 Squires Mill Rd, Joliet, Illinois 60431.

3.    The debt is based on an April 16, 2015, Mortgage and Note in the original sum of $231,035.00.

4.    As of March 1, 2021, the funds necessary to pay off Lakeview Loan Servicing, LLC. on the above captioned account were approximately $239,788.84.  Additional interest advances and charges may have accrued under the security instrument through the presentment of this motion.  The Debtor's schedules list the fair market value of said property at $271,000.00.  According to the Debtor's schedules, there are other liens on the property totaling $83,340.00.

5.    The account is currently due and owing to Lakeview Loan Servicing, LLC. for the September 1, 2018 current mortgage payment and those thereafter.

6.     Attorney's fees and costs for this motion are due in the amount of $938.00.

7.     The Debtor has no equity in the property located at 3824 Squires Mill Rd, Joliet,

Illinois 60431 for the benefit of unsecured creditors.

8.     Lakeview Loan Servicing, LLC. continues to be injured each day it remains bound by

the Automatic Stay.

9.     Lakeview Loan Servicing, LLC. is not adequately protected.

10.    The property located at 3824 Squires Mill Rd, Joliet, Illinois 60431 is not necessary

for the Debtor's reorganization.

11.    No cause exists to delay the enforcement and implementation of relief and

Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT PRAYS that the Automatic Stay be modified and that

Bankruptcy Rule 4001(a)(3) should be waived as not applicable, and for such other relief as this

Court deems just.

Lakeview Loan Servicing, LLC.

McCalla Raymer Leibert Pierce, LLC

By:     /s/Toni Townsend
        Toni Townsend
        Attorney for Creditor
        1 N. Dearborn Suite 1200
        Chicago, IL 60602
        Phone: (312) 346-9088
        Fax: (312) 551-4400
        Email: ILpleadings@mrpllc.com